PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Connell Danny Beasley          Case Number: 3:09-00205-01

Name of Judicial Officer: The Honorable William J. Haynes, Jr., Chief U.S. District Judge

Date of Original Sentence: September 10, 2010

Original Offense: 18 U.S.C. § 1361, Lesser included offense of Destruction of Government Property

Original Sentence: 5 years' probation

Type of Supervision: Probation          Date Supervision Commenced: September 10, 2010

Assistant U.S. Attorney: To be assigned          Defense Attorney: To be assigned

---

**THE COURT ORDERS:**

☒ No Action *as recommended by USPO*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 29th day of April, 2014,
and made a part of the records in the above case.

_____
Chief U. S. District Judge
William J. Haynes, Jr.

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
U.S. Probation Officer
Jon R. Hahn

Place     Columbia, Tennessee

Date     April 29, 2014

### ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

<u>Violation No.</u>  <u>Nature of Noncompliance</u>

1.  **Shall not commit another federal, state, or local crime:**

    On April 26, 2014, Connell Danny Beasley was cited for Disorderly Conduct by the Metropolitan Police Department, Nashville, Tennessee. According to the affidavit, "The suspect came out to his vehicle at approximately 0103 hours and I was writing parking tickets. He yelled out, fuck you motorcycle cop, got into his truck, made a u-turn as he revved up engine (loud exhaust), the noise became annoying to persons in the area." Mr. Beasley's initial appearance in the Davidson County General Sessions Court is set for May 19, 2014, citation number GS1055515.

### Compliance with Supervision Conditions and Prior Interventions:

On April 26, 2014, Mr. Beasley called this officer concerning the citation. Mr. Beasley stated he went down to move his truck around 1:00 a.m., that he had a parking citation for $50 on his truck, became upset, and made statements using foul language inside his truck. He advised when he moved his truck, he was stopped and given the misdemeanor citation for Disorderly Conduct. Mr. Beasley denies making comments directed toward the police officer.

Mr. Beasley is currently employed and lives alone.

### U.S. Probation Officer Recommendation:

It is recommended that Ms. Bender be continued on supervised release and that this matter be handled in the General Sessions Court.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer